■ In the Matter of ONEIDA COUNTY DEPUTY SHERIFF'S BENEVOLENT ASSOCIATION et al., Appellants, v WILLIAM A. HASENAUER, as Sheriff of Oneida County, et al., Respondents. (Appeal No. 2.)—Judgment unanimously affirmed without costs. Same memorandum as in *Matter of Oneida County Deputy Sheriff's Benevolent Assn. v Hasenauer* ([appeal No. 1] 145 AD2d 984 [decided herewith]). (Appeal from judgment of Supreme Court, Oneida County, Lynch, J.—art 78.) Present—Denman, J. P., Boomer, Lawton and Davis, JJ.